```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

VS.                          CIVIL ACTION NO. 5:08-cv-150DCB-JMR

BRENDA JOSEPH                                         DEFENDANT
```

## JUDGMENT BY DEFAULT

A default having been entered as to the Defendant, Brenda Joseph, in the above-styled cause in accordance with Rule 55 of the Federal Rules of Civil Procedure and counsel for Plaintiff having requested judgment against Defendant and having filed a proper certificate with the Clerk as to the amount due from the Defendant to the Plaintiff;

Judgment is, therefore, rendered in favor of the Plaintiff, United States of America, and against the Defendant, Brenda Joseph the sum of $8,044.15 ($5,817.71 principal, plus $2,226.44 interest as of October 30, 2007),at the rate of 8% per annum from and after October 30, 2007,to the date of judgment together with filing fee costs in the amount of $350.00 in favor of the plaintiff, pursuant to 28 U.S.C. Section 2412(a)(2).  Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall

be computed daily and compounded annually until paid in full.

ORDERED AND ADJUDGED this __14th__ day of __May__, 2008.

                                         _s/ David Bramlette_
                                         UNITED STATES DISTRICT JUDGE